IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TRACY A. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-052 |
| | ) | |
| EDWARD PHILBIN, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, currently incarcerated at Augusta State Medical Prison in Grovetown, Georgia, commenced this case pursuant to 42 U.S.C. § 1983. The matter is now before the Court on Plaintiff's motion to voluntarily dismiss his case. (Doc. no. 13.) As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court. Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

The Court **DIRECTS** the **CLERK** to serve a copy of this Order on Plaintiff's custodian (warden) and Meghan Davidson, Department of Law, Georgia Attorney General's Office.

SO ORDERED this 18th day of June, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA